UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CARY WILLIAMS

        Plaintiff,

v.

KENTON COUNTY, KY et al.,

        Defendants.

Case No.: 2:21-CV-00080 -DCR

ELECTRONICALLY FILED

## DEFENDANTS' FINAL TRIAL EXHIBIT LIST

The Defendants, Kenton County, Kentucky, and Noah Schoultheis *individually*, by and through counsel, respectfully submit the following Final Trial Exhibit List. The Defendants, through counsel, will hold a conference with Plaintiff's counsel either this afternoon or early next week to file something jointly regarding JX 1-25 and the exact verbiage of two (2) of the three (3) agreed upon stipulations not referenced herein.

### Defense Exhibits

**DX-1** Body-worn-camera video from Covington Police Officer "Dispute-Active(1)" from ticker 6:47-9:35, pursuant to this Court's Memorandum Opinion and Order on motions *in limine*. (R.E. 133). Defendants reserve the right to show this clip during their opening statement and/or during cross examination of Plaintiff and during their case in chief and during closing argument.

**DX-2** Incident Report where Williams was triaged by Bluegrass Mental Health provider. Defendants reserve the right to show this exhibit during their opening statement and/or during

cross examination of Plaintiff and during their case in chief and during closing argument.

**DX-3**  <u>Medical Staff Receiving Screening Form</u> of Williams by medical staff at KCDC (redacted by agreement). The exhibit which has been redacted by agreement is attached. Defendants reserve the right to show this exhibit during their opening statement and/or during cross examination of Plaintiff and during their case in chief and during closing argument.

**DX-4**  <u>Williams VA records</u> from August 19, 2020, wherein he describes being in an altercation with the bartender at Bar 32 before being arrested and seeing the underwear that he flung at Schoultheis landing on his face (redacted by agreement). The exhibit which has been redacted by agreement is attached. This exhibit (previously DX-5 in the papers accompanying the motions *in limine*) was pared down significantly after the parties reached a stipulation that "Plaintiff has treated with mental health experts off and on since 2012, and he continues to do so for reasons unrelated to this incident." Defendants reserve the right to show this exhibit during their opening statement and/or during cross examination of Plaintiff and during their case in chief and during closing argument.

Respectfully submitted:

**OFFICE OF THE KENTON COUNTY ATTORNEY**

/s/ *Christopher S. Nordloh*
Christopher S. Nordloh (85716)
Drew Harris (95566)
ASSISTANT COUNTY ATTORNEYS
1840 Simon Kenton Way, STE 4200
Covington, KY 41011
*p* 491-0600
cnordloh@kentoncoatty.com
dharris@kentoncoatty.com

*Counsel for Kenton County and Noah Schoultheis*

## **CERTIFICATE OF SERVICE**

      This is to certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                     /s/ *Christopher S. Nordloh*
                                     Christopher S. Nordloh (85716)