| | Incident Report | KCDC000106 |
|---|---|---|

**Incident #:** 72494  **Creator:** KNIGHT, GLENNA  **Date:** 08/16/2020 23:30
**Status:**  **Closed By:**  **Closed Date:**
**Cell:**  **Location:**

### Category
IMC

### Force Used
M08 - HIGH RISK WATCH (SUICIDE LEVEL 1)

### Subjects
890872 - WILLIAMS, CARY RUSSELL

### Details
Creating Officer: KNIGHT, GLENNA  Time: 08/16/2020 23:31  / Updating Officer: KNIGHT, GLENNA  Time: 08/16/2020 23:31
IM Williams, Cary (#890872) placed on high watch for 12 hours then re-triage per Bluegrass Medical.

Deputy Knight
CJ30



DEFENDANT'S EXHIBIT
CASE NO. 21-cv-80
EXHIBIT NO. 2