SHP Form 3/2013

## MEDICAL STAFF RECEIVING SCREENING FORM — Southern Health Partners

| Field | Entry |
|---|---|
| Last Name | Williams |
| First Name | Cory |
| Middle | Russell |
| Booking Date | 8/16/2020 |
| Screening Date | 8/16/2020 |
| Time | 0325 AM |
| Previous Incarcerations | KCDC |
| Sex | M |

**VISUAL / MEDICAL OBSERVATION:** (Explain all "Yes" Answers) Circle Y or N:

| Question | Y/N |
|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? | N |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection; cuts, bruises, or minor injuries; needle marks, body vermin? | N |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? — W/ H/W now | Y |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? — Alcohol Intoxication | Y |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc.? | N |

**ASK THE INMATE THESE QUESTIONS:** (Explain all "Yes" answers)

| Question | Y/N |
|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? Other: | Y |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? | Y |
| Are you allergic to any medications, foods, insects, etc.? | N |
| Have you fainted or had a head injury within the last 72 hours? | N |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? For TB, ask if he/she has had night sweats, had weight loss recently, persistent coughing. | N |
| Have you been hospitalized by a physician or psychiatrist within the last year? | N |
| Have you ever considered or attempted suicide? — Y now | Y |
| Do you have a painful dental condition? | N |
| Are you on a specific diet prescribed by a physician? | N |
| Do you use drugs? How often? N  What kind?  Last time? How much? | N |
| Do you use alcohol? How often? Sometimes  What kind? couple beers  Last time? 2yrs. How much? | Y |
| Females: LMP Date: ___ Are you pregnant, recently delivered or aborted; on birth control pills; having abdominal pain or discharge? If yes: | N/A |

**DOCUMENT VITAL SIGNS:**
Respiration: 24   Pulse: 128   Temperature: 97.8   Blood Pressure: 137/94   Weight: 215

PPD IMPLANTED?  Y  OR  N   HAVE ALL CONCERNS FROM OFFICER INTAKE AND ABOVE ANSWERS BEEN EXPLAINED ABOVE?
REMARKS: BS 246

I have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon release. I hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Ind. Further, I release Southern Health Partners, Inc., its staff, the County, the Sheriff, Jailer, and his/her staff from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my not requesting services and/or refusing treatment as prescribed by the medical staff of the facility and/or outside consultation services.

Inmate's Signature: [signature]   Date: 8/17/2020
Interviewer's Signature and Title: [signature] LPN   Date: 8/17/2020

DEFENDANT'S EXHIBIT
CASE NO. 21-cv-80
EXHIBIT NO. 3

Williams_Kenton County PRR_000126