TO:                    From: Susan Bennett            08/05/24 03:42 PM    Page 2 of 3



Department of Veterans Affairs Medical Center
3200 Vine Street
Cincinnati, Ohio 45220-2251

**Certification of Records**

Date: August 5, 2024

RE: Cary Williams - SS#          DOB:

Pages: 558

I, __Susan Bennett__, __ROI Supervisor, HIMS__
    (Records Custodian)         (Title)
of the Cincinnati VAMC, 3200 Vine Street, Cincinnati, Ohio, 45220 attests to the certification under 38 CFR 2.2, and that certification authority is delegated by the facility Director. I certify that this is a true copy of the original document (s) in VA files.

_(signature)_
(Records Custodian)

DEFENDANT'S EXHIBIT
CASE NO. 21-CV-80
EXHIBIT NO. 4

Opt-Out: Not Defined

TO:                         From: Susan Bennett                    06/05/24 03:42 PM   Page 3 of 3



Department of Veterans Affairs Medical Center
3200 Vine Street
Cincinnati, Ohio 45220-2251

Please accept our Certification Letter of Records as Validation of Records, our Notary Public has retired and there is currently no one available to notarize records.

Thank you for your understanding.

*Susan*

Susan Bennett, BSHCA
ROI Supervisor
Department of Veterans Affairs Medical Center
3200 Vine Street
ML: 136B
Cincinnati, OH 45220

Opt-Out: Not Defined

**DEPARTMENT OF VETERANS AFFAIRS**

*Department of Veterans Affairs Medical Center*
*3200 Vine Street*
*Mail Stop: 136 B*
*Cincinnati, OH  45220*

DATE:  6/29/2022
In Reply Refer To: 136 B
SSN: 2169

KENTON COUNTY ATTORNEY
1840 SIMON KENTON WAY
SUITE 4200
COVINGTON, KY 41011

RE: ROI Plus Request for CARY RUSSELL WILLIAMS

Dear KENTON COUNTY ATTORNEY:

We have received your request for information on June 22, 2022.

This individually identifiable information is privileged. Its confidentiality should be maintained along with appropriate security safeguards to protect against individual harm (identity theft), embarrassment, or inconvenience.

You may not use or disclose any health information related to HIV, sickle cell anemia, drug abuse or alcohol abuse contained in the attached health records for a purpose other than health care or treatment of the patient or as permitted by law.

We thank you for your support of our mission. If you wish to discuss anything in this letter with me, please contact me at 513-487-7050.

Sincerely,


SUSAN M BENNETT - Release of Information

# Progress Notes

Printed On Jun 29, 2022

LOCAL TITLE: PSYCHOLOGY NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: AUG 19, 2020@15:10     ENTRY DATE: AUG 19, 2020@15:11:56
      AUTHOR: FAULKNER,ZANE EDWAR    EXP COSIGNER: HEMMY ASAMSAMA,OCTAVIANA
     URGENCY:                         STATUS: COMPLETED

Patient consented to therapy session via Telehealth video conferencing modality. Patient educated as to likely difference between Telehealth care and face to face care. Patient informed of the risks and benefits of using TH services and procedures and likely risks and benefits of using alternatives to Telehealth services.

Patient informed of the right to refuse Telehealth services at any time without jeopardizing their right to future care, services or benefits. The identity and professional status of all participants in the Telehealth encounter shall be conveyed to the patient by the practitioner giving the care. This individual psychotherapy session was completed via telehealth. Patient has granted verbal consent to use Telehealth.

Verify if others are present: none present during treatment session.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WILLIAMS,CARY RUSSELL JR | Printed at CINCINNATI |

Page 152 of 558

# Progress Notes

Printed On Jun 29, 2022

Verify Emergency contacts: 911; Emergency Contact: WASHBURN,HEATHER
Emergency Contact Phone:

Patient is in a private place for visit: Yes.

Verify equipment is functioning: Primary phone

Reason for the visit: Follow-Up

Urgency of the appointment: Routine care

Provider: Zane Faulkner, Psy.D.
Date: 8/19/2020 @09:00am

PATIENT IDENTIFYING DATA
Name:WILLIAMS,CARY RUSSELL JR
SSN:
Age: 55
Gender:MALE

Procedure: Individual VVC Psychotherapy (90837)
Clinic: Outpatient SUDEP
Session Length: 60 minutes

Patient was informed that this writer is a psychology fellow supervised by Dr. Hemmy Asamsama, Licensed Staff Psychologist. He was agreeable to be seen. His progress and treatment planning will be discussed during weekly supervision.

S/O: Veteran arrived to VVC appointment on time. Used interpersonal framework to guide today's session. Session mainly focused on a physical altercation which resulted in Veteran spending a night in jail this past weekend. Veteran stated that he was invited to a bar to celebrate a bartender's birthday whom he has known for several years. Veteran shared that when he got to the bar, he planned to only have a few drinks and then was hoping to go help his mother with her shopping. Veteran said that he then started drinking Jägermeister which is "not good for [him]--[they] do not mix well." Veteran said by 10:00pm he had swung at the bartender and did not remember it or know why. He shared that the cops were then called and he reportedly was hurling multiple derogatory statements to both the police and to people at the bar (e.g., calling gay people "dirty f*gs"). Veteran said that he was subsequently taken to jail where he was forced to strip

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
WILLIAMS,CARY RUSSELL JR | Printed at CINCINNATI

# Progress Notes

naked and he threw his underwear at a guard (which landed on the guard's face). Another guard beside the Veteran reportedly shoved him to the ground--breaking his arm. Veteran presented to the ED at the this VA and said that he now has a cast.



Veteran noted that he is going to be going to South Dakota tomorrow morning until 8/31 to visit a close friend and her son. He shared that he has retained an attorney because he said that the guard broke his arm and also said that they did not provide him with utensils to eat food, which resulted in him using his fingers. Discussed the importance of being present on his vacation and also that we can continue to discuss ways for him to have his needs met and to begin to expand his relationships/trust in others.

A/P:
Appearance: appropriate
Speech: Normal rate/tone/volume.
Emotions: euthymic
Thought process and content: linear, logical, goal oriented
Sensory Perceptions: No evidence of hallucinations or delusions.
Mental Capacities: alert, oriented
Attitude: Cooperative and engaged.

Safety status: No indication of current suicide or homicidal ideation, content future oriented.

Plan: Veteran to continue with individual psychotherapy with this writer. Next individual appointment scheduled for 9/16/2020 at 8am.

/es/ ZANE E. FAULKNER, PSY.D.
PSYCHOLOGY POST-DOCTORAL FELLOW
Signed: 08/19/2020 15:43

/es/ OCTAVIANA HEMMY ASAMSAMA
Clinical Psychologist
Cosigned: 08/19/2020 16:08

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
WILLIAMS,CARY RUSSELL JR

VISTA Electronic Medical Documentation
Printed at CINCINNATI