| | |
|---|---|
| **From:** | Christopher Nordloh |
| **To:** | Sarah Gelsomino; Jacqueline Greene |
| **Subject:** | FW: Cary Williams Pictures |
| **Date:** | Friday, March 14, 2025 8:19:54 AM |
| **Attachments:** | Williams Jailtracker.png |

Sarah / Jacqueline ~

Let's talk about this today when convenient and definitely before Mr. Williams is tempted to perjure himself. I believe Judge Reeves will allow use of the "Full Body" for impeachment and/or rebuttal. Send some times to chat and I will set a ZOOM. We also need to discuss the issue of Ds objection to the PA-C testifying and when you want either Carman or Kelly or both to be available during your case-in-chief.

Thank you,

**Chris Nordloh**
KENTON COUNTY ATTORNEY OFFICES
1840 Simon Kenton Way
Suite 4200
Covington, Kentucky 41011
p. (859) 491-0600
p. (859) 392-5478 (Direct)
cnordloh@kentoncoatty.com

---

**From:** Spang, Jon <jon.spang@KENTONCOUNTY.ORG>
**Sent:** Friday, March 14, 2025 8:05 AM
**To:** Christopher Nordloh <cnordloh@KentonCoAtty.Com>
**Cc:** Smith, Trey <trey.smith@KENTONCOUNTY.ORG>
**Subject:** Cary Williams Pictures

Here are the intake Pictures of Cary Williams in August of 2020. Included is also a screenshot showing the upload dates. Let me know if you need anything else.

**Lt. Jon Spang**
**Investigations**
**Kenton County Detention Center**
**(859)992-9294**