Question 1

Eastern District of Kentucky
FILED

MAR 18 2025

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

Video of arrest

Video of Incident at ISO cell