Question 2

Eastern District of Kentucky
FILED
MAR 18 2025
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

We are undecided at 4:30 pm /

We need more copies of jury instructions

would the jury like to recess for the Afternoon or continue with your deliberations this evening?

Judge Reeves
4:48 pm.

Recess for evening. Continue in morning of 3/19/2025